ADAMANT MANUFACTURING COMPANY OF AMERICA, Respondent,
*v.* LEWIS Z. BACH, Appellant, Impleaded with Another.

*Adamant Manufacturing Co.* v. *Bach*, 26 App. Div. 255, affirmed.
(Argued April 23, 1900; decided May 8, 1900.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered February 26, 1898, upon an order affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term.

*Edwin L. Kalish* for appellant.

*Henry H. Abbott* for respondent.

Judgment and order affirmed, with costs, on prevailing opinion below.

Concur: PARKER, Ch. J., O'BRIEN, BARTLETT, HAIGHT, MARTIN, VANN and LANDON, JJ.